3:25-mj-124

**DISTRICT OF OREGON: ss,**                    **AFFIDAVIT OF GUY GINO**

## Affidavit in Support of a Criminal Complaint

I, Guy Gino, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1.        I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been so employed since 2003. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and I am authorized by law to conduct investigations and to make arrests for felony offenses. I am currently assigned to the Assistant Special Agent in Charge, Portland, Oregon. Prior to this, I was employed as a U.S. Border Patrol Agent and have been a federal law enforcement officer since September 1996. I am authorized and assigned to investigate violations of federal laws, including 21 U.S.C. §§ 841(a)(1), 846, 848, and 843(b), which include the crimes of, among others, possession with intent to distribute and the distribution of controlled substances, conspiracy to commit such offenses, the operation of a continuing criminal enterprise, and the use of a communication facility to facilitate a drug offense.

2.        During my tenure as a federal law enforcement officer, I have investigated and/or participated in crimes involving conspiracy, money laundering, narcotics trafficking, fraud, smuggling, and theft. I am a subject matter expert regarding the use of the Dark Net to commit crimes and the use of cryptocurrencies to lauder their illicit proceeds.  I have also acquired knowledge and information about the illegal drug trade and the various means and methods by which it is furthered including through the use of the Dark Net Markets (DNM), computers, smart phones, cryptocurrencies and the Internet from formal and informal training, other law enforcement officers and investigators, informants, individuals I have arrested and/or interviewed, and from my participation in other investigations. I am currently assigned part time to the High Intensity Drug

**AFFIDAVIT OF GUY GINO**                                                            **Page 1**

Trafficking Area (HIDTA) Interdiction Taskforce (HIT) located at the Portland Police Bureau's

(PPB) Narcotics and Organized Crime Division (NOC) in Portland, Oregon and part time at the

Homeland Security Investigations, Task Group One located in Crystal City, Virginia.

3.     This affidavit is based upon a joint investigation conducted by NOC, HSI, the

Multnomah County District Attorney's Office, and the U.S. Attorney's Office.

## Purpose of Affidavit

4.     This affidavit is submitted to support a criminal complaint and arrest warrant for

Hugo Gomez-Soto, a Hispanic male, date of birth 02/xx/1975 (hereinafter referenced as

**"GOMEZ-SOTO"**) for committing the felony crimes of:

a.     Distribution of fentanyl, a Schedule II controlled substance, resulting in

death and serious bodily injury, in violation of Title 21, United States Code,

Section 841(a)(1) and 841(b)(1)(C); and,

b.     Possession with intent to distribute fentanyl, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1) and

841(b)(1)(C).

5.     I have obtained the facts set forth in this affidavit through my personal participation

in the investigation described below; from oral and written reports of other law enforcement

officers; and, from records, documents, and other evidence obtained during this investigation.  I

have obtained and read official reports prepared by law enforcement officers participating in this

investigation and in other related investigations.

## Statement of Probable Cause

6.     On December 30, 2023, at approximately 11:32 a.m., medical personnel from

Portland Fire & Rescue responded to a residence on SW Texas Street, Portland, Oregon, on a

**AFFIDAVIT OF GUY GINO**                                                                 **Page 2**

report of a victim suffering a drug overdose.  The 29-year-old male victim (hereinafter referenced as "victim") was discovered unresponsive by his mother at their home.  The victim was subsequently transported to the hospital and pronounced deceased.  The following day, a post-mortem examination was conducted by Dr. Nicole E. Stanley of the Oregon State Medical Examiner's Office.  Based on her examination and toxicology results, Dr. Stanley ruled the victim's immediate cause of death was Fentanyl Toxicity.

7.      The circumstances surrounding the overdose death were later investigated by NOC. On January 23, 2024, investigators interviewed the victim's mother and learned the following that the victim had been struggling with drug addiction for quite some time and smoked fentanyl for the past year.  The victim often used fentanyl before work and would smoke in the garden shed in their backyard.  On the day of his death, the victim's mother reported that the victim went outside to the garden shed before work and came back inside shortly thereafter and collapsed on the floor.  The mother gave the victim four (4) doses of Narcan,[1] called 911, and performed CPR until paramedics arrived.

8.      The mother provided investigators a small container of suspected fentanyl pills and fentanyl powder that the victim had on him when he collapsed.  The mother also provided the victim's cell phone and authorized investigators to use it to arrest the person that had sold drugs to the victim.

9.      Investigators reviewed the cell phone and identified the phone number for the victim's fentanyl supplier as 404-704-7908.  Text messages showed that the victim contacted this

---

[1]      I know from training and experience that Narcan, known pharmaceutically as Naloxone, is only used to reverse the deadly effects of opiate (such as fentanyl) overdoses as it blocks the effects of opiates on the brain.  While sometimes a single dose of Narcan will stop a opiate overdose, depending on the amount, potency, and presence of other additives within the opiate, multiple doses may be required and sometimes they may not be successful.

**AFFIDAVIT OF GUY GINO**                                                                 **Page 3**

number on December 29, 2023, at approximately 8:28 a.m., and purchased "20 blue and 90 powder" from the person using that phone. I know from my training and experience that "20 blue" is a reference to 20 fentanyl pills, counterfeit pills manufactured with fentanyl, and "90 powder" is a reference to $90 worth of fentanyl powder. The messages also showed that the drug deal between the victim and the supplier took place near the victim's residence.

10.     On January 25, 2024, at approximately 11:52 a.m., investigators, posing as the victim, used the victim's cell phone and contacted phone number 404-704-7908 and ordered "80 powder 20 blue" ($80 worth of fentanyl powder and 20 fentanyl pills). Approximately 30 minutes later, the supplier, later identified as **GOMEZ-SOTO**, responded from phone 404-704-7908 and agreed to the order via text message and also agreed to meet near the victim's residence.

11.     On January 25, 2024, at approximately 1:39 p.m., **GOMEZ-SOTO** texted "Here" and that he was in a "Ford funsion" (Ford Fusion). Investigators observed a silver Ford Fusion arrive and park near the victim's residence at the time the above message was received. A single occupant waited inside the vehicle. No other Ford Fusions were observed in the area. Investigators contacted the silver Ford Fusion and arrested the driver, who was identified as **GOMEZ-SOTO**. Investigators then called the phone number 404-704-7908 and observed that the cell phone inside the silver Ford Fusion rang and the name that appeared on the caller ID was the first name of the victim, but was misspelled.

12.     A search of **GOMEZ-SOTO** incident to arrest resulted in the seizure of 20 blue M30 (counterfeit fentanyl) pills and two small (1 gram) baggies of fentanyl powder. Also seized was $551 from **GOMEZ-SOTO's** wallet, as well as his cell phone. The Oregon State Police Forensic Laboratory later tested portions of the recovered drugs and confirmed the substances were fentanyl, a Schedule II controlled substance.

**AFFIDAVIT OF GUY GINO**                                                    **Page 4**

13.     Portland Police Bureau/HSI Task Force Officer (TFO) Randy Castaneda advised **GOMEZ-SOTO** of his constitutional *Miranda* rights in his native language (Spanish).  **GOMEZ-SOTO** stated he understood his rights and agreed to speak to investigators without an attorney present.  TFO Castaneda, who speaks fluent Spanish, interviewed **GOMEZ-SOTO** in the Spanish language.  **GOMEZ-SOTO** stated he had normally met with the victim at night on foot near the victim's residence to sell him fentanyl (the victim's cell phone history showed the drug deals with **GOMEZ-SOTO** were at night).  **GOMEZ-SOTO** confirmed he was the sole user of the phone number 404-704-7908 and remembered some of the text messages he and the victim exchanged.  **GOMEZ-SOTO** also admitted he sells fentanyl pills and small (1-2 gram) baggies of fentanyl powder.  **GOMEZ-SOTO** informed that he was aware that fentanyl is dangerous and can cause people to die.  During his interview, when told that the victim died, investigators observed that **GOMEZ-SOTO** appeared to show remorse for the death of his customer.

14.     On January 25, 2024, **GOMEZ-SOTO** was arrested for Criminally Negligent Homicide and drug distribution charges in connection with the death of the victim and lodged at the Multnomah County Detention Center.  The Multnomah County District Attorney's Office recently referred the case to the U.S. Attorney's Office for review.  **GOMEZ-SOTO** is currently being held at the Multnomah County Inverness Jail, Portland, Oregon, awaiting trial.

15.     Based on my training and experience, I am very familiar with fentanyl and know that it is a synthetic opioid that is approximately 100 times more potent than morphine and 50 times more potent than heroin and is listed as a Schedule II controlled substance.  Medically, under the direction of a doctor, it is used to treat severe pain or to manage pain after surgery, and is sometimes used to treat patients with chronic pain.  Illicit fentanyl, primarily manufactured in foreign clandestine labs and smuggled into the United States through Mexico, is being distributed

**AFFIDAVIT OF GUY GINO**                                                                                    **Page 5**

across the country and sold on the illegal drug market. According to the Centers for Disease Control and Prevention, synthetic opioids (like fentanyl) are the primary driver of overdose deaths within the United States. In high enough doses, fentanyl can cause breathing to stop, resulting in death. I know that as little as two (2) milligrams of fentanyl can be a fatal dose.

### Conclusion

16.    Based on the foregoing, I have probable cause to believe, and I do believe, that **GOMEZ-SOTO** has committed the felony crimes of:

   a.    Distribution of fentanyl, a Schedule II controlled substance, resulting in death and serious bodily injury, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C); and,

   b.    Possession with intent to distribute fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

I therefore request that the Court issue a criminal complaint and arrest warrant for **GOMEZ-SOTO**.

///

///

///

**AFFIDAVIT OF GUY GINO**                                                                                   **Page 6**

17.    Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney Scott M. Kerin. AUSA Kerin advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
Guy Gino Special Agent
Homeland Security Investigations

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __2:15 pm__ on May __9__, 2025.

_____
HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT OF GUY GINO**                                                      **Page 7**