25-03

FILED18 JUN '25 11:29USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00253-AB |
| v. | INDICTMENT |
| HUGO GOMEZ-SOTO, | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Distribution of Fentanyl Resulting in Death)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about December 29, 2023, within the District of Oregon, defendant **HUGO GOMEZ-SOTO** did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance, and the death of Adult Victim 1 resulted from the use of such substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT 2
### (Possession with Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(C))

On or about January 25, 2024, within the District of Oregon, defendant **HUGO GOMEZ-SOTO** did knowingly and intentionally possess with intent to distribute a mixture and

**Indictment**

substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## FIRST FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of a controlled substance offense as alleged in Counts 1 and 2, defendant **HUGO GOMEZ-SOTO** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: June __18__, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

SCOTT M. KERIN, OSB #965128
Assistant United States Attorney